## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                                  SUPERIOR COURT

---

ROSE FAVARD,

          Plaintiff,

vs.

LIFE CARE CENTERS OF AMERICA, INC.,[1]

          Defendant.

Docket No. 04-3058

---

### NOTICE OF FILING OF NOTICE OF REMOVAL

To:    Civil Clerk's Office
       Middlesex County Superior Court
       40 Thorndike Street
       Cambridge, MA 02141

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Superior Court, Middlesex County, has been duly filed in the U.S. District Court for the District of Massachusetts. Attached hereto as Exhibit A is a certified copy of that Notice of Removal.

          Respectfully submitted,

          LIFE CARE CENTERS OF AMERICA, INC.
          By its attorneys,

          _____
          Andrew C. Pickett (BBO #549872)
          Christopher J. Campbell (BBO #630665)
          JACKSON LEWIS LLP
          75 Park Plaza
Dated: August 30, 2004    Boston, Massachusetts 02116
          (617) 367-0025

---

[1] Defendant has been improperly named in this case as "Life Care Centers of America, Inc. d/b/a Life Care Center of Stoneham." In fact, Stoneham Medical Investors LP, whose general and limited partners are a Tennessee corporation and a Tennessee resident, is the entity doing business as Life Care Center of Stoneham, which issues paychecks to the individuals employed at the Life Care Center of Stoneham.

## CERTIFICATE OF SERVICE

This is to certify that on August 30th, 2004, a copy of the foregoing document was served upon Complainant's attorneys, Howard S. Goldman and Cameron C. Pease, Goldman & Pease, 160 Gould Street, Needham, MA 02494, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP