UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ROSE FAVARD,

               Plaintiff,

vs.

LIFE CARE CENTERS OF AMERICA, INC.,[1]

               Defendant.

Civil Action No. 04-cv-11893 NG

---

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT

Defendant, Life Care Centers of America, Inc. ("Life Care"), is a corporation organized under the laws of the State of Tennessee. Life Care does not have a parent company. Further, no publicly held company owns more than 10% of Life Care's stock.

               Respectfully submitted,

               LIFE CARE CENTERS OF AMERICA, INC.

               By its attorneys,

               /s/ Christopher J. Campbell
               Andrew C. Pickett (BBO #549872)
               Christopher J. Campbell (BBO #630665)
               JACKSON LEWIS LLP
               75 Park Plaza
               Boston, Massachusetts 02116
               (617) 367-0025

Dated: September ___, 2004

---

[1] Defendant has been improperly named in this case as "Life Care Centers of America, Inc. d/b/a Life Care Center of Stoneham." In fact, Stoneham Medical Investors LP, whose general and limited partners are a Tennessee corporation and a Tennessee resident, is the entity doing business as Life Care Center of Stoneham, which issues paychecks to the individuals employed at the Life Care Center of Stoneham.