UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ROSE FAVARD,

                Plaintiff,

vs.

LIFE CARE CENTERS OF AMERICA, INC.,[1]

                Defendant.

Civil Action No. 04-cv-11893 NG

---

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit this Joint Statement Regarding Pretrial Schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference.

### PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN

The parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

| | |
|---|---|
| May 6, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions |
| July 8, 2005 | Deadline for serving dispositive motions, if either party determines that such a motion is appropriate. |
| August 8, 2005 | Deadline for serving opposition to any dispositive motions filed. |
| August 22, 2005 | Deadline for serving reply to any opposition filed. |

---

[1] Defendant has been improperly named in this case as "Life Care Centers of America, Inc. d/b/a Life Care Center of Stoneham." In fact, Stoneham Medical Investors LP, whose general and limited partners are a Tennessee corporation and a Tennessee resident, is the entity doing business as Life Care Center of Stoneham, which issues paychecks to the individuals employed at the Life Care Center of Stoneham. Plaintiff is in the process of filing an assented-to motion to substitute the proper party name.

At the Court's convenience   Final pretrial conference

The parties understand and agree that this discovery schedule assumes the cooperation of the parties, and all third party witnesses. The parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the availability of witnesses due to vacation or work schedules.

## SETTLEMENT

Defendant has received a written settlement demand from Plaintiff's counsel, in accordance with Local Rule 16.1.

## CERTIFICATIONS

The parties shall submit separately any certifications required by Local Rule 16.1(D)(3).

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ROSE FAVARD | LIFE CARE CENTERS OF AMERICA, INC. |
| By: s/Cameron C. Pease/cjc<br>Howard S. Goldman (BBO# 199030)<br>Cameron C. Pease (BBO# 561906)<br>Goldman & Pease<br>160 Gould Street<br>Needham, MA 02494<br>(781) 292-1080 | By: s/Christopher J. Campbell<br>Andrew C. Pickett (BBO# 549872)<br>Christopher J. Campbell (BBO# 630665)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, Massachusetts 02116<br>(617) 367-0025 |

Dated: September 27th, 2004