UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROSE FAVARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO.  04-11893 NG |
| | ) | |
| LIFE CARE CENTERS OF | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>SCHEDULING ORDER</u>

Following the initial scheduling conference held today in accordance with Fed. R.

Civ. P. 16 (b) and Local Rule 16.1, it is hereby ORDERED as follows:

    A.    Fact Discovery:

        1.    By **January 30, 2005**:

            (a)    The defendant shall have taken the plaintiff's deposition;

            (b)    The plaintiff shall have taken the plaintiff's supervisor's deposition.

            (c)    All initial disclosures pursuant to Fed. R. Civ. P. 26 (a)(1) shall be completed.

            (d)    All document requests and written interrogatories shall have been served.

        2.    Any remaining fact discovery shall be completed by **May 6, 2005.**

B.      A status conference is scheduled for **Friday, February 4, 2005**, at 2:30

P.M.   At that time the parties shall be prepared to discuss:

     1.      the status of the case;

     2.      scheduling for the remainder of the case through trial;

     3.      the use of Alternative Dispute Resolution ("ADR"); and

     4.      consent to trial before the magistrate judge.

C.      The parties shall submit a brief joint statement no later than five (5) days

before the status conference addressing the issues itemized in paragraph B above. With

respect to items B(3) and B(4), the parties shall indicate whether an agreement has been

reached, but are not obligated to identify their respective positions.


                                      / s / Judith Gail Dein
                                    Judith Gail Dein

DATED:  September 30, 2004         United States Magistrate Judge