UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROSE FAVARD,<br>Plaintiff,<br><br>v.<br><br>STONEHAM MEDICAL INVESTORS LP<br>D/B/A LIFE CARE CENTER OF STONEHAM,<br>Defendant | FILING FEE PAID: $89<br>RECEIPT # 58989<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 9/30/04<br><br>Civil Action No. 04-cv-11893 NG |

*[handwritten margin note: 9/30/04 Allowed. Judith Gail Dein, USMJ]*

## PLAINTIFF'S MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

The plaintiff in this action, Rose Favard, hereby requests this Court to grant permission to Robert J. Scarpello to appear pro hac vice in this action to represent the plaintiff in connection with pretrial proceedings and with the trial of this matter. In support of this motion, plaintiff submits the affidavit of Robert J. Scarpello and states as follows:

1. Robert J. Scarpello is an attorney with the law firm of Goldman & Pease, 160 Gould Street, Needham, Massachusetts 02494. Mr. Scarpello is a member in good standing of the Bar of Massachusetts. There are no disciplinary proceedings against Attorney Scarpello in any jurisdiction.

2. Howard S. Goldman, of the law firm of Goldman & Pease, will at all times act as attorney of record in this matter.

3. No prejudice of the defendants will result from the allowance of this motion.

WHEREFORE, the plaintiff requests that this Court grant Robert J. Scarpello permission to appear before this Court for the purposes of this case only.

Rose Favard,<br>
By her attorneys,<br>
<br>
_____<br>
Howard S. Goldman<br>
BBO # 199030<br>
Goldman & Pease<br>
160 Gould Street<br>
Needham, MA 02494<br>
781-292-1080

Dated: September 29, 2004

E:\LUCAS\CLN_GN\Favard\Employment\prohac.doc