UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSE FAVARD,<br>    Plaintiff,<br><br>v.<br><br>STONEHAM MEDICAL INVESTORS LP<br>D/B/A LIFE CARE CENTER OF STONEHAM,<br>    Defendant | Civil Action No. 04-cv-11893 NG |

### AFFIDAVIT OF ROBERT J. SCARPELLO

Now comes Robert J. Scarpello and under oath does depose and say as follows:

1. I am an attorney licensed in the Commonwealth of Massachusetts to practice law, having been admitted to the bar in the Commonwealth of Massachusetts in 2003. There are no disciplinary proceedings against me in any jurisdiction.

2. I am an associate in the law firm of Goldman & Pease and a member in good standing of the bar in the Commonwealth of Massachusetts.

*[signature]*
Robert J. Scarpello
BBO # 657876
Goldman & Pease
160 Gould Street
Needham, MA 02494
781-292-1080

\\SERVER\DATA\LUCAS\CLN_GN\Favard\Employment\prohac.doc