**GOLDMAN & PEASE**

ATTORNEYS AT LAW

160 Gould Street
Needham
MA 02494
Tel: 781-292-1080
Fax: 781-453-8989
www.goldmanpease.com

February 3, 2005

**BY FEDERAL EXPRESS
and BY TELEFAX: (617) 748-9096**

**Clerk Thomas Quinn**
United States District Court For The District Of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:   Rose Favard v. Life Care Centers Of America, Inc.,
           CA/CR No. 04CV11893NG

Dear Clerk Quinn:

    Pursuant to our earlier conversation and my voicemail to you, this correspondence serves to confirm that the parties in the above referenced matter have reached a settlement. Accordingly, the parties hereby request a 30 day judgment of dismissal while the parties are in the process of preparing the settlement paperwork.

    Please note that this matter is scheduled for a status conference for tomorrow which the parties hereby request be taken off the list in light of said settlement.

    If you have any questions or comments, please do not hesitate to contact me. Thank you for your attention to this matter.

                              Sincerely,

                              Cameron C. Pease

cc:   Christopher J. Campbell
        By Telefax: (617) 3672155
F:\LUCAS\CLN_GN\Favard\LETTER11.wpd