# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSE FAVARD<br>Plaintiff | |
| V. | CIVIL ACTION |
| LIFE CARE CENTERS OF AMERICA<br>Defendant | NO.  04cv11893NG |

## SETTLEMENT ORDER OF DISMISSAL

GERTNER    D. J.

The Court having been advised on   February 3, 2005   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

2/9/2005                                             /s/ Jennifer Filo
Date                                                     Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                    [stlmtodism.]